983 So.2d 914 (2008)
STATE ex rel. Michael BROWN
v.
STATE of Louisiana.
No. 2007-KH-1851.
Supreme Court of Louisiana.
June 6, 2008.
In re Brown, Michael;  Plaintiff; Applying for Supervisory and/or Remedial Writs, Parish of Jefferson, 24th Judicial District Court Div. C, No. 97-0365; to the Court of Appeal, Fifth Circuit, No. 07-KH-510.
Denied. Untimely, not cognizable on collateral review, and repetitive. La. C.Cr.P. art. 930.8; State ex rel. Glover v. State, 93-2330 (La.9/5/95), 660 So.2d 1189; La.C.Cr.P. art. 930.3; State ex rel. Melinie v. State, 93-1380 (La.1/12/96), 665 So.2d 1172; La.C.Cr.P. art. 930.4(D).